**8** ADA E. PRIESTLY et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 41702.)

Memorandum: The State does not challenge the amount awarded for direct damages. The $32,000 award includes $16,000 for consequential damages. The same facts and circumstances apply as to *Priestly* v. *State of New York* (28 A D 2d 1088), decided herewith. (Appeal and cross appeal from judgment of Court of Claims in action for damages for permanent appropriation.) Present — Williams, P. J., Henry, Del Vecchio and Marsh, JJ.